# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 12-cv-01099-MSK-KMT      FTR - Courtroom C-201

**Date:** January 23, 2013      Deputy Clerk, Nick Richards

JANA JORGENSEN,      Lark H. Fogel

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,      Joseph J. Lico
and
DOES 1-10, inclusive,

    Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:08 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Defendant Diversified Collection Services, Inc.'s Motion to Compel Discovery Responses [Doc. No. 16, filed November 28, 2012].

It is **ORDERED**:      Defendant Diversified Collection Services, Inc.'s Motion to Compel Discovery Responses [16] is **GRANTED IN PART AND DENIED IN PART**.

    The motion is **GRANTED** as to Interrogatory No. 13. Plaintiff shall respond to the Interrogatory by listing any contact or communication she has had with anyone other than legal counsel, anyone in legal counsel's office, or anyone to whom an attorney-client or work-product privilege applies regarding the incident in question.

    As to Interrogatory No. 22, the motion is **GRANTED**. Plaintiff shall obtain what information she can from her employer's phone system responsive to the Interrogatory. As to her personal cellular telephone records, Plaintiff shall supply Defendant with her T-Mobile personal phone records for the relevant period of time.

The motion is **GRANTED IN PART** as to Request for Production of Documents No. 19 as stated on the record. Plaintiff shall provide her own phone records and will obtain what information she can regarding her work phone number as provided by Plaintiff.

The motion is **DENIED** as to Defendant's request for cost and attorneys' fees sanctions pursuant to Fed. R. Civ. P. 37. Due to Plaintiffs representation in open court that she will not seek damages in excess of $1,000.00 total, "other circumstances make award of fees unjust" at this time. Any and all attorneys' fees expended by attorney Lark H. Fogel on responding to the motion, appearing at this hearing, and communication with her client about the discovery at issue or any other time spent having bearing on the issues in this Motion to Compel, including responses to inquiries by Defendant attempting to resolve the issues, will NOT be recoverable should Plaintiff prevail on her case at trial.

Plaintiff shall supplement the Interrogatories and the Request for Production of Documents addressed herein on or before January 28, 2013.

It is **ORDERED**: Defendants Oral Motion to Extend the Discovery and Dispositive Motion Deadlines is **GRANTED**. The court finds exceptional circumstances that warrant the extension of the Dispositive Motion Deadline. Therefore, the Discovery Cutoff deadline of January 31, 2013 and the Dispositive Motion deadline of February 22, 2013 are **VACATED** and reset to the following dates:

Discovery Cutoff Deadline: February 28, 2013
Dispositive Motion Deadline: March 28, 2013

**Court in Recess: 11:07 a.m.**
Hearing concluded.
Total In-Court Time    00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.